**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

**In re**

**GARBIANO, ANTHONY
GARBIANO, CAROL**

**Case No. 08-32044-KRH**

**Chapter 7**

**Debtors.**

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| FIA CARD SERVICES, N.A., ETC.<br>ATTN: MR. BK<br>1000 SAMOSET DR.<br>DE5-023-03-03<br>NEWARK, DE 19713 | $275.40 |

Dated: February 24, 2010

/s/ Keith L. Phillips
Keith L. Phillips, Trustee
311 South Boulevard, 2nd Floor
Richmond, VA  23220
Telephone:  (804) 358-9400

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds was electronically served or mailed to the Office of the United States Trustee at 701 East Broad Street, Suite 4304, Richmond, VA 23219 on February 24, 2010.

/s/ Keith L. Phillips
Keith L. Phillips, Trustee